IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60049

5:06cr2

UNITED STATES OF AMERICA

        Plaintiff - Appellee

    v.

DERRICK OLIVER

        Defendant - Appellant

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2007

Charles R. Fulbruge III
Clerk



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 0 5 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

---

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

---

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellee's motion to dismiss the appeal is GRANTED.

    IT IS FURTHER ORDERED that Appellant's motion to supplement the record with a transcript of the statement made by defendant, defendant's presentence objections and a letter by the defendant is DENIED AS MOOT.

IT IS FURTHER ORDERED that Appellant's motion to extend time to file his brief until thirty (30) days from the filing of the supplemental record is DENIED AS MOOT.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana